TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
tchance@bhfs.com
AMANDA J. BROOKHYSER, ESQ., Nevada Bar No. 11526
abrookhyser@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Defendants Park West Companies, Inc and Ashley Riemer*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIGHTVIEW LANDSCAPES, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY RIEMER, an individual; PARK WEST COMPANIES, INC, a Nevada corporation; DOES I-X, inclusive, and ROES I-X, inclusive,<br><br>Defendants. | CASE NO. TBA<br><br>**(Clark County District Court Case No. A-26-941555-C)**<br><br>**DEFENDANTS PARK WEST COMPANIES, INC AND ASHLEY RIEMER'S NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>**Complaint Filed: March 13, 2026**<br>**Amended Complaint Filed: April 1, 2026** |

**TO: PLAINTIFF AND ITS ATTORNEYS OF RECORD AND TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Park West Companies, Inc. ("Park West") and Defendant Ashley Riemer ("Riemer) (together, "Defendants") hereby remove the above-captioned action to this Court from the Eighth Judicial District Court for the State of Nevada in and for the County of Clark. In support of removal, Defendants state as follows:

## INTRODUCTION

1. This case is hereby removed from state court to federal court pursuant to 28 U.S.C. § 1332 because, at the time the Complaint and Amended Complaint were filed, and as of the time of removal: (1) diversity of citizenship exists among Plaintiff Brightview Landscapes LLC

("Plaintiff") and Defendants; (2) Defendants have not been properly joined and served with the original Complaint or the now-operative Amended Complaint; and (3) the amount in controversy exceeds $75,000.

**THE STATE COURT ACTION**

2. On March 13, 2026, Plaintiff commenced an action in the Eighth Judicial District Court of the State of Nevada in and for the County of Clark, captioned *Brightview Landscapes, LLC v. Ashley Riemer, et al.*, Case No. A-26-941555-C ("State Court Action"). A true and correct copy of the Complaint ("Complaint") and Summonses issued on it are attached hereto as **Exhibit A**.

3. Park West has not been properly served with the Complaint. Plaintiff filed an affidavit of service demonstrating Park West was purportedly served at an office location on March 20, 2026. However, such service was not proper and therefore not effective because the location and person served were not its registered agent under NRCP 4.2(c)(1)(A)(i) and the person served was also not "any other agent authorized by appointment or by law to receive service of process" under NRCP 4.2(c)(1).

4. Riemer has not been served with the Complaint.

5. On April 1, 2026, Plaintiff filed an Amended Complaint. A true and correct copy of the Amended Complaint ("Amended Complaint") is attached hereto as **Exhibit B**.

6. The Amended Complaint removed certain claims from the original Complaint and added new claims against the Defendants. Therefore, new Summonses are required to be issued but, as of the date and time of this filing, none have issued from the state court.

7. Neither Riemer nor Park West have been served with the Amended Complaint.

8. The Amended Complaint seeks recovery for: (1) breach of contract – RCA (against Riemer); (2) breach of contract – the RSU Agreement (against Riemer); (3) intentional interference with contractual relations (against Park West); (4) civil conspiracy (against Defendants); (5) injunctive relief (against Defendants). Ex. B.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

**GROUNDS FOR REMOVAL**

9. This is a civil action over which this Court has diversity jurisdiction under 28 U.S.C. § 1332, as the Plaintiff and Defendants are of complete diversity of citizenship and the amount in controversy exceeds seventy-five thousand dollars ($75,000.00).

**A. Diversity of Citizenship**

10. When removing on the basis of diversity jurisdiction, complete diversity must exist at the time of removal. *See Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001). This case is removal because the parties are completely diverse as of the time of removal.

11. Plaintiff is a limited liability company and so its citizenship for diversity purposes follows that of its members. *Johnson v. Columbia Properties Anchorage, LP*, 437 F3d 894, 899 (9th Cir. 2006). Plaintiff's parent corporation (member) is Brightview Holdings, Inc. Ex. B ¶ 34. Brightview Holdings, Inc. is a Delaware corporation with its principal place of business in Pennsylvania. Ex. B ¶ 1. Thus, Plaintiff is a citizen of Delaware and Pennsylvania. *See* 28 U.S.C. § 1332(c)(1).

12. Riemer is an individual and a citizen of Nevada.

13. Park West is a Nevada corporation with its principal place of business in California. Ex. B ¶ 9. Thus, Park West is a citizen of California and Nevada. *See* 28 U.S.C. § 1332(c)(1).

14. Accordingly, there was complete diversity of citizenship between Plaintiff and Defendants at the time of filing of both the Complaint and Amended Complaint, and as of the date of the filing of this Notice of Removal, as no plaintiff is a citizen of the same state as any defendant.

**B. Amount in Controversy**

15. A "notice of removal may assert the amount in controversy if the initial pleading seeks (i) nonmonetary relief; or (ii) a money judgment, but the State practice . . . permits recovery of damages in excess of the amount demanded[.]" 28 U.S.C. § 1446(c)(2).

16. "The amount in controversy may include 'damages (compensatory, punitive, or otherwise) and the cost of complying with an injunction, as well as attorneys' fees awarded under

fee shifting statutes.'" *Chavez v. JPMorgan Chase & Co.*, 888 F.3d 413, 416 (9th Cir. 2018) (citation omitted).

17. Plaintiff alleges, among other things, that Defendants conspired to cause Riemer to wrongfully solicit and steal its landscaping-related contract clients. While Defendants deny such allegations, these sorts of contracts would be with various corporate entities in Nevada and many alone would amount to over $75,000 in revenue.

18. Moreover, Plaintiff seeks monetary relief in excess of fifteen thousand dollars ($15,000.00) on four claims per Nevada practice. *See* Ex. B. Plaintiff also seeks injunctive relief against Defendants. *See id.*

19. While the full scope of Plaintiff's claimed monetary damages are not precisely known to Defendants at this time, Plaintiff also seeks injunctive relief.

20. The costs of Defendants' compliance if injunctive relief is granted, coupled with Plaintiff's total alleged damages in excess of sixty thousand dollars ($60,000.00) per Nevada practice, exceed seventy-five thousand dollars ($75,000.00).

21. Plaintiff also seeks an award of punitive damages on top of its claimed compensatory damages. Ex. B at 22, (b).

22. This Court therefore has original jurisdiction over this case under 28 U.S.C. § 1332 and this case is so removable pursuant to 28 U.S.C. § 1441 because: (a) there is complete diversity of citizenship between Plaintiff and Defendants; and (b) the amount in controversy exceeds the sum or value of seventy-five thousand dollars ($75,000.00) exclusive of costs and interest.

**PROCEDURAL MATTERS**

23. The United States District Court for the District of Nevada is the federal district embracing the Eighth Judicial District Court in and for Clark County, where Plaintiff originally filed its lawsuit. Accordingly, this is the proper district for Defendants to remove Plaintiff's action.

24. Removal is timely because Defendants have not been properly served with the Complaint, Amended Complaint, or any Summonses. *See* 28 U.S.C. § 1446(b).

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

25. Even if Plaintiff could demonstrate Park West was properly served with the Complaint (which it could not), removal is timely because removal is made within 30 days of that purported service. *See id.*

26. Defendants have not been properly served with any documents in the State Court Action. Despite this, Defendants attach as **Exhibit C** "a copy of all [other] process, pleadings, and orders" that that are on file in that case.

27. Concurrently with the filing of this Notice of Removal, Defendants are giving written notice of removal to Plaintiff by serving Plaintiff with a copy of the Notice of Removal, together with all exhibits, and by filing a copy of this Notice of Removal with the Clerk of the State Court pursuant to 28 U.S.C. § 1446(d). A copy of the Notice to be filed in the State Court Action is attached hereto as **Exhibit D**.

28. Defendants attach a completed Civil Cover Sheet hereto as **Exhibit E**.

**RESERVATION OF RIGHTS**

29. By removing this action, Defendants to not waive, and expressly preserve, any defenses that may exist.

30. Defendants also reserve the right to submit additional evidence in support of, and to amend, this Notice of Removal.

**WHEREFORE**, Defendants give notice of the removal of the State Court Action to the United States District Court for the District of Nevada, and request that this Court assume jurisdiction over this action.

DATED: April 2, 2026.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

BY: /s/ Travis F. Chance
TRAVIS F. CHANCE, ESQ.
AMANDA J. BROOKHYSER, ESQ.

*Attorneys for Defendants Park West Companies, Inc and Ashley Riemer*

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **DEFENDANTS PARK WEST COMPANIES, INC AND ASHLEY RIEMER'S NOTICE OF REMOVAL OF CIVIL ACTION** was served via electronic service on Thursday, April 2, 2026, to the following:

CHAD C. BUTTERFIELD, ESQ.
JACKSON LEWIS P.C.
300 South Fourth Street, Suite 900
Las Vegas, NV 89101
EMAIL: chad.butterfield@jacksonlewis.com

*Attorneys for Plaintiff Brightview Landscapes, LLC*

*/s/ Paula Kay*
An employee of Brownstein Hyatt Farber Schreck, LLP

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

**INDEX OF EXHIBITS**

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Complaint and Summons |
| B | Amended Complaint |
| C | All other process, pleadings, and orders Defendants have received to date |
| D | Notice to be filed in the State Court Action |
| E | Civil Cover Sheet |