Chad C. Butterfield
Nevada Bar No. 10532
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: chad.butterfield@jacksonlewis.com

*Attorneys for Plaintiff*
*BrightView Landscapes, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIGHTVIEW LANDSCAPES, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEY RIEMER, an individual; PARK WEST COMPANIES, INC, a Nevada corporation; DOES I-X, inclusive, and ROES I-X, inclusive,<br><br>Defendants. | Case No. 2:26-cv-01022-APG-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41(a)(2)** |

IT IS HEREBY STIPULATED by and between Plaintiff BrightView Landscapes, LLC ("Plaintiff") and Defendants Ashley Riemer and Park West Companies, Inc. ("Defendants"), by

///

///

///

///

///

///

///

///

///

///

and through their respective counsel of record, that this case shall be dismissed with prejudice pursuant to FRCP 41(a)(2), with Plaintiff and Defendants to bear their own fees and costs.

Dated this 4th day of May, 2026.

**JACKSON LEWIS P.C.**

*/s/ Chad C. Butterfield*
CHAD C. BUTTERFIELD, ESQ.
Nevada Bar No. 10532
300 South Fourth Street, Suite 900
Las Vegas, NV 89101

*Attorneys for Plaintiff*
*BrightView Landscapes, LLC*

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

*/s/ Travis F. Chance*
TRAVIS F. CHANCE, ESQ.
Nevada Bar No. 13800
AMANDA J. BROOKHYSER, ESQ.
Nevada Bar No. 11526
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

*Attorneys for Defendants*
*Park West Companies, Inc. and*
*Ashley Riemer*

**ORDER**

IT IS SO ORDERED.

______________________________
UNITED STATES DISTRICT JUDGE

Dated:______________________________